IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREI KOUDRIAVISEV, ) | | |
| A 76 015 508 ) | Case No. 3:06-CV-0230 | |
| ) | | |
| Petitioner, ) | | |
| ) | Judge Ann Aldrich | |
| v. ) | | |
| ) | | |
| ROBIN BAKER, Field Office Director of ) | | |
| Detention and Removals, Detroit Office of ) | ORDER | |
| United States Immigration and Customs ) | | |
| Enforcement, et al., ) | | |
| ) | | |
| Respondents. | | |

Petitioner Andrei Koudriavisev ("Koudriavisev") filed a petition pursuant to 28 U.S.C. § 2241, for a writ of habeas corpus securing his release from custody as an immigration detainee. A final removal order has been issued against Koudriavisev, but Koudriavisev has been unable to obtain travel documents allowing his return to Russia and has been in the custody of United States Immigration and Customs Enforcement ("ICE"). Koudriavisev seeks release from custody pending the receipt of such travel documents. In a response on February 27, 2006, Field Office Director Robin Baker ("Baker") stated that Koudriavisev would be released from ICE detention pending removal from the United States, in effect granting Koudriavisev the requested relief. Baker also stated that evidence of the release would be provided to the court after Koudriavisev's release, and that Baker would request dismissal of the petition at that time.

The court sets this matter for hearing on Friday, May 5, 2006, at 11:00 am, in Courtroom 17B of the Carl B. Stokes, United States Courthouse, 801 W. Superior Avenue, Cleveland, Ohio, for

scheduling and resolution of any matters still at issue, unless the parties indicate before that time that the matter may be dismissed because Koudriavisev has been released.

     IT IS SO ORDERED.

                                              /s/ Ann Aldrich
                                              ANN ALDRICH
                                              UNITED STATES DISTRICT JUDGE

**Dated: February 28, 2006**